**USAA**
PO BOX  33490
San Antonio, TX 78265
800-531-8722
800-531-8722
800-531-8669 Fax
11/28/2017

| | | | |
|---|---|---|---|
| Insured: | JUHNKE COLBY,  FRED | Home: | (901) 574-4239 |
| Property: | 5775 Yum Yum Rd<br>Somerville, TN 38068 | E-mail: | 215COLBY@GMAIL.COM |
| Home: | 5775 YUM YUM RD<br>SOMERVILLE, TN 38068 | | |
| Claim Rep.: | Perry D. Lust, AIC, AIS | Business: | (901) 277-6447 |
| Estimator: | Perry D. Lust, AIC, AIS | Business: | (901) 277-6447 |

**Member Number:** 003501559    **Policy Number:** 003501559/90A    **L/R Number:** 001
**Type of Loss:** FIRE-OTHER         **Cause of Loss:** Other

| Coverage | Deductible | Policy Limit |
|---|---:|---:|
| Dwelling | $0.00 | $161,000.00 |
| Contents | $0.00 | $80,500.00 |
| Other Structures | $632.17 | $16,100.00 |
| Loss of Use | $0.00 | $0.00 |
| Excess Debris Removal | $367.83 | $805.00 |

| | | | |
|---|---|---|---|
| Date Contacted: | 10/25/2017 3:10 PM | | |
| Date of Loss: | 10/19/2017 | Date Received: | 10/24/2017 |
| Date Inspected: | 11/16/2017 10:00 AM | Date Entered: | 11/28/2017 5:01 AM |
| Date Est. Completed: | 11/28/2017 6:16 AM | | |

Price List:   TNME8X_OCT17
              Restoration/Service/Remodel

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 13,511.57 |
| Material Sales Tax | 431.84 |
| Subtotal | 13,943.41 |
| Overhead | 1,394.38 |
| Profit | 1,394.38 |
| **Replacement Cost Value** | **$16,732.17** |
| Less Depreciation | (2,174.17) |
| **Actual Cash Value** | **$14,558.00** |
| Less Deductible | (632.17) |
| **Net Claim** | **$13,925.83** |

0901119c9d04f73c                                 USAA Confidential

**USAA**

JUHNKE COLBY, FRED  11/28/2017  Page: 2

| | |
|---|---:|
| Total Recoverable Depreciation | 2,174.17 |
| **Net Claim if Depreciation is Recovered** | **$16,100.00** |

Perry D. Lust, AIC, AIS

"IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY.  PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS."  TN CODE §56-53-111

   Please contact our adjuster if you believe a supplement to this estimate is needed. Before we will consider a supplement to this estimate, we must have the opportunity to re-inspect the damages prior to the supplemental work being done.

USAA Confidential

# USAA

| | | |
|---|---|---|
| JUHNKE COLBY, FRED | 11/28/2017 | Page: 3 |

| | | | | |
|---|---|---|---|---|
| Insured: | JUHNKE COLBY, FRED | | Home: | (901) 574-4239 |
| Property: | 5775 Yum Yum Rd | | E-mail: | 215COLBY@GMAIL.COM |
| | Somerville, TN 38068 | | | |
| Home: | 5775 YUM YUM RD | | | |
| | SOMERVILLE, TN 38068 | | | |
| | | | | |
| Claim Rep.: | Perry D. Lust, AIC, AIS | | Business: | (901) 277-6447 |
| | | | | |
| Estimator: | Perry D. Lust, AIC, AIS | | Business: | (901) 277-6447 |

**Member Number:** 003501559  **Policy Number:** 003501559/90A  **L/R Number:** 001
**Type of Loss:** FIRE-OTHER  **Cause of Loss:** Other

| Coverage | Deductible | Policy Limit |
|---|---:|---:|
| Dwelling | $0.00 | $161,000.00 |
| Contents | $0.00 | $80,500.00 |
| Other Structures | $632.17 | $16,100.00 |
| Loss of Use | $0.00 | $0.00 |
| Excess Debris Removal | $367.83 | $805.00 |

| | | | | |
|---|---|---|---|---|
| Date Contacted: | 10/25/2017 3:10 PM | | | |
| Date of Loss: | 10/19/2017 | Date Received: | 10/24/2017 | |
| Date Inspected: | 11/16/2017 10:00 AM | Date Entered: | 11/28/2017 5:01 AM | |
| Date Est. Completed: | 11/28/2017 6:16 AM | | | |

Price List:  TNME8X_OCT17
Restoration/Service/Remodel

## Summary for Excess Debris Removal

| | |
|---|---:|
| Line Item Total | 962.00 |
| Overhead | 96.20 |
| Profit | 96.20 |
| **Replacement Cost Value** | **$1,154.40** |
| Less Deductible | (367.83) |
| **Net Claim** | **$786.57** |

Perry D. Lust, AIC, AIS

**USAA**

JUHNKE COLBY, FRED               11/28/2017               Page: 4

"IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY.  PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS." TN CODE §56-53-111

Please contact our adjuster if you believe a supplement to this estimate is needed. Before we will consider a supplement to this estimate, we must have the opportunity to re-inspect the damages prior to the supplemental work being done.

USAA Confidential

**USAA**

JUHNKE COLBY, FRED                                                                                       11/28/2017          Page: 5

### Recap of Taxes, Overhead and Profit

| Overhead (10%) | Profit (10%) | Material Sales Tax (9.25%) | P Ppty Material Tax (9.25%) | P Ppty Cleaning Tax (9.25%) | Storage Rental Tax (9.25%) | Food Tax (7.25%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| 1,490.58 | 1,490.58 | 431.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| **1,490.58** | **1,490.58** | **431.84** | **0.00** | **0.00** | **0.00** | **0.00** |

`0901119c9d04f73c`

## USAA

JUHNKE COLBY, FRED  11/28/2017  Page: 6

### JUHNKE_COLBY___FRED
### Roof
### Main Level

**Main Level**

| CAT | SEL | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | UNIT PRICE | RCV | DEPREC. | ACV |
| 1. FRM | 2X10X20 | 2" x 10" x 20' #2 & better Fir / Larch (material only) | | | | |
| | 2 | 2.00 EA | 24.22 | 48.44 | (0.00) | 48.44 |
| 2. FRM | RF10LFL | R&R Rafters - 2x10 - Labor only - (using rafter length) | | | | |
| | 40 | 40.00 LF | 3.02 | 120.80 | (0.00) | 120.80 |
| 3. FRM | RFA4L | R&R Additional labor - 2x4-2x6 - 5/12 to 9/12 slope | | | | |
| | 549.91 | 549.91 LF | 0.67 | 368.44 | (0.00) | 368.44 |
| 4. FRM | 2X4X16 | 2" x 4" x 16' #2 & better Fir / Larch (material only) | | | | |
| | 38 | 38.00 EA | 7.44 | 282.72 | (0.00) | 282.72 |
| 5. FRM | RF4LFL | R&R Rafters - 2x4 - Labor only - (using rafter length) | | | | |
| | 549.91 | 549.91 LF | 1.98 | 1,088.82 | (0.00) | 1,088.82 |

**Total: Main Level**  1,909.22  0.00  1,909.22



**Roof1**

1157.70  Surface Area                    11.58  Number of Squares
137.89  Total Perimeter Length            40.00  Total Ridge Length

| CAT | SEL | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | UNIT PRICE | RCV | DEPREC. | ACV |
| 6. DMO | DUMP | Dumpster load - Approx. 20 yards, 4 tons of debris | | | | |
| | 2 | 2.00 EA | 481.00 | 962.00 | (0.00) | 962.00 |
| 7. RFG | MTL | R&R Metal roofing | | | | |
| | SF | 1,157.70 SF | 4.38 | 5,070.73 | (1,361.76) | 3,708.97 |
| 8. RFG | STEEP | Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | |
| | SQ | 11.58 SQ | 10.34 | 119.74 | (0.00) | 119.74 |
| 9. RFG | STEEP | Additional charge for steep roof - 7/12 to 9/12 slope | | | | |
| | SQ | 11.58 SQ | 27.74 | 321.23 | (0.00) | 321.23 |
| 10. FRM | 6X6 | R&R 6" x 6" square wood post (3 BF per LF) | | | | |
| | 180 | 180.00 LF | 9.63 | 1,733.40 | (206.98) | 1,526.42 |

exterior supports

| 11. FRM | 6X6 | R&R 6" x 6" square wood post (3 BF per LF) | | | | |
|---|---|---|---|---|---|---|
| | 90 | 90.00 LF | 9.63 | 866.70 | (103.49) | 763.21 |

center ridge supports

**USAA**

JUHNKE COLBY, FRED                                         11/28/2017                Page: 7

### CONTINUED - Roof1

| CAT | SEL | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | UNIT PRICE | RCV | DEPREC. | ACV |
| 12. RFG | MTLPT+ | R&R Pitch transition flashing for metal roofing - 26 gauge | | | | |
| | 40 | 40.00 LF | 7.12 | 284.80 | (75.33) | 209.47 |
| **Totals: Roof1** | | | | 9,358.60 | 1,747.56 | 7,611.04 |
| **Total: Main Level** | | | | 11,267.82 | 1,747.56 | 9,520.26 |
| **Total: Roof** | | | | 11,267.82 | 1,747.56 | 9,520.26 |

### SKETCH2

**Main Level**

**Main Level**

| CAT | SEL | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | UNIT PRICE | RCV | DEPREC. | ACV |
| 13. FRM | 2X4X14 | 2" x 4" x 14' #2 & better Fir / Larch (material only) | | | | |
| | 6 | 6.00 EA | 6.61 | 39.66 | (0.00) | 39.66 |
| 14. FRM | 2X4X12 | 2" x 4" x 12' #2 & better Fir / Larch (material only) | | | | |
| | 3 | 3.00 EA | 5.65 | 16.95 | (0.00) | 16.95 |
| 15. FRM | 2X4X10 | 2" x 4" x 10' #2 & better Fir / Larch (material only) | | | | |
| | 3 | 3.00 EA | 4.69 | 14.07 | (0.00) | 14.07 |
| 16. FRM | 2X4X8P | 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | | | | |
| | 44 | 44.00 EA | 3.64 | 160.16 | (0.00) | 160.16 |
| 17. FRM | SHW1/2 | R&R Sheathing - OSB - 1/2" | | | | |
| | 417 | 417.00 SF | 1.55 | 646.35 | (0.00) | 646.35 |
| 18. FRM | 4SFL | R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | | | | |
| | 324.33 | 324.33 SF | 1.25 | 405.41 | (0.00) | 405.41 |
| 19. FRM | IJ9 | R&R I-joist - 9 1/2" deep - 1 3/4" flange | | | | |
| | 143.67 | 143.67 LF | 4.37 | 627.84 | (0.00) | 627.84 |
| 20. FRM | DBP6 | R&R Drilled bottom plate - 2" x 6" treated lumber | | | | |
| | 47.67 | 47.67 LF | 6.61 | 315.10 | (0.00) | 315.10 |
| **Total: Main Level** | | | | 2,225.54 | 0.00 | 2,225.54 |
| **Total: SKETCH2** | | | | 2,225.54 | 0.00 | 2,225.54 |

0901119c9d04f73c

## USAA

JUHNKE COLBY, FRED 11/28/2017 Page: 8

### Fence

| CAT | SEL CALC | DESCRIPTION QTY | UNIT PRICE | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 21. FEN | RAIL | R&R Wood fence rail - 2" x 4" x 8' | | | | |
| | 3 | 3.00 EA | 18.79 | 56.37 | (0.00) | 56.37 |
| 22. FEN | TRWD | R&R Post - wood - 4" x 4" fence grade cedar or equal | | | | |
| | 13 | 13.00 EA | 59.52 | 773.76 | (0.00) | 773.76 |
| 23. FRM | 4X6X10 | 4" x 6" x 10' - fir/larch post - material only | | | | |
| | 2 | 2.00 EA | 17.86 | 35.72 | (0.00) | 35.72 |
| 24. FRM | 1X6 | R&R 1" x 6" lumber (.5 BF per LF) | | | | |
| | 24 | 24.00 LF | 2.89 | 69.36 | (0.00) | 69.36 |
| 25. FRM | 4X4 | R&R 4" x 4" square wood post (1.33 BF per LF) | | | | |
| | 10 | 10.00 LF | 4.50 | 45.00 | (0.00) | 45.00 |
| **Totals: Fence** | | | | **980.21** | **0.00** | **980.21** |

| **Line Item Totals: JUHNKE_COLBY___FRED** | | | | **14,473.57** | **1,747.56** | **12,726.01** |
|---|---|---|---|---|---|---|

### Grand Total Areas:

| 360.00 | SF Walls | 125.00 | SF Ceiling | 485.00 | SF Walls and Ceiling |
|---|---|---|---|---|---|
| 125.00 | SF Floor | 13.89 | SY Flooring | 45.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 45.00 | LF Ceil. Perimeter |
| | | | | | |
| 125.00 | Floor Area | 140.44 | Total Area | 360.00 | Interior Wall Area |
| 574.48 | Exterior Wall Area | 47.67 | Exterior Perimeter of Walls | | |
| | | | | | |
| 1,157.70 | Surface Area | 11.58 | Number of Squares | 275.77 | Total Perimeter Length |
| 40.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Structures | 13,511.57 | 93.35% | 14,558.00 | 92.65% |
| Loss of Use | 0.00 | 0.00% | 0.00 | 0.00% |
| Excess Debris Removal | 962.00 | 6.65% | 1,154.40 | 7.35% |
| Total | 14,473.57 | 100.00% | 15,712.40 | 100.00% |

**USAA**

JUHNKE COLBY, FRED  11/28/2017  Page: 9

## Recap by Room

**Estimate: JUHNKE_COLBY___FRED**

**Area: Roof**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | **1,909.22** | **13.19%** |
| Coverage: Other Structures | 100.00% = | 1,909.22 | |
| **Roof1** | | **9,358.60** | **64.66%** |
| Coverage: Other Structures | 89.72% = | 8,396.60 | |
| Coverage: Excess Debris Removal | 10.28% = | 962.00 | |
| **Area Subtotal: Main Level** | | **11,267.82** | **77.85%** |
| Coverage: Other Structures | 91.46% = | 10,305.82 | |
| Coverage: Excess Debris Removal | 8.54% = | 962.00 | |
| **Area Subtotal: Roof** | | **11,267.82** | **77.85%** |
| Coverage: Other Structures | 91.46% = | 10,305.82 | |
| Coverage: Excess Debris Removal | 8.54% = | 962.00 | |

**Area: SKETCH2**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | **2,225.54** | **15.38%** |
| Coverage: Other Structures | 100.00% = | 2,225.54 | |
| **Area Subtotal: Main Level** | | **2,225.54** | **15.38%** |
| Coverage: Other Structures | 100.00% = | 2,225.54 | |
| **Area Subtotal: SKETCH2** | | **2,225.54** | **15.38%** |
| Coverage: Other Structures | 100.00% = | 2,225.54 | |
| **Fence** | | **980.21** | **6.77%** |
| Coverage: Other Structures | 100.00% = | 980.21 | |

| | | | |
|---|---|---|---|
| **Subtotal of Areas** | | **14,473.57** | **100.00%** |
| Coverage: Other Structures | 93.35% = | 13,511.57 | |
| Coverage: Excess Debris Removal | 6.65% = | 962.00 | |
| **Total** | | **14,473.57** | **100.00%** |

**USAA**

JUHNKE COLBY, FRED                                                                                      11/28/2017          Page: 10

## Recap by Category with Depreciation

| **O&P Items** | | | | **RCV** | **Deprec.** | **ACV** |
|---|---|---|---|---:|---:|---:|
| **GENERAL DEMOLITION** | | | | 962.00 | | 962.00 |
| Coverage: Excess Debris Removal | @ | 100.00% | = | 962.00 | | |
| **FENCING** | | | | 830.13 | | 830.13 |
| Coverage: Other Structures | @ | 100.00% | = | 830.13 | | |
| **FRAMING & ROUGH CARPENTRY** | | | | 6,884.94 | 310.47 | 6,574.47 |
| Coverage: Other Structures | @ | 100.00% | = | 6,884.94 | | |
| **ROOFING** | | | | 5,796.50 | 1,437.09 | 4,359.41 |
| Coverage: Other Structures | @ | 100.00% | = | 5,796.50 | | |
| **O&P Items Subtotal** | | | | 14,473.57 | 1,747.56 | 12,726.01 |
| **Material Sales Tax** | | | | 431.84 | 64.23 | 367.61 |
| Coverage: Other Structures | @ | 100.00% | = | 431.84 | | |
| **Overhead** | | | | 1,490.58 | 181.19 | 1,309.39 |
| Coverage: Other Structures | @ | 93.55% | = | 1,394.38 | | |
| Coverage: Excess Debris Removal | @ | 6.45% | = | 96.20 | | |
| **Profit** | | | | 1,490.58 | 181.19 | 1,309.39 |
| Coverage: Other Structures | @ | 93.55% | = | 1,394.38 | | |
| Coverage: Excess Debris Removal | @ | 6.45% | = | 96.20 | | |
| **Total** | | | | 17,886.57 | 2,174.17 | 15,712.40 |