# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DONALD KOESTER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY CO., et al.,<br><br>    Defendants. | No. 2:19-cv-2283-SHL-jay |
| FRED JUHNKE COLBY,<br><br>    Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY CO.,<br><br>    Defendant. | No. 2:19-cv-2736-SHL-jay |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL

Before the Court is Defendants' Unopposed Motion for Extension to File Motion for Preliminary Approval and Incorporated Memorandum in Support, filed April 9, 2020. Defendants seek to extend Plaintiffs' deadline to file a motion for preliminary approval of class settlement, currently set for April 13, 2020, to April 20, 2020. In support of the Motion, Defendants aver that they need additional time to "assemble the data necessary for the notification letters … that by statute must be sent ten days after filing the motion for preliminary approval," and obtain signatures for the Proposed Settlement Agreement. Additionally, Defendants assert that an extension is merited because of the logistical difficulties caused by the COVID-19 pandemic. Plaintiffs do not oppose the Motion.

The Motion is well-taken and **GRANTED**. Plaintiffs' deadline to file any motion for preliminary approval of class settlement is hereby extended to **April 20, 2020**.

2

**IT IS SO ORDERED,** this 13th day of April, 2020.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
