# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| Donald Koester, *et al.*, | ) | |
| | ) | No. 2:19-cv-02283-SHL-jay |
| Plaintiffs, | ) | |
| | ) | Judge Lipman |
| v. | ) | |
| | ) | Magistrate Judge York |
| USAA General Indemnity Company, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Fred Juhnke Colby, | ) | |
| | ) | No. 2:19-cv-2736-SHL-jay |
| Plaintiffs, | ) | |
| | ) | Judge Lipman |
| v. | ) | |
| | ) | Magistrate Judge York |
| USAA Casualty Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTIONS FOR SERVICE AWARDS AND AWARDS OF ATTORNEYS' FEES, COSTS AND EXPENSES TO CLASS COUNSEL

Pursuant to Rule 23(e) and (h) and Rule 54(d)(2) of the Federal Rules of Civil Procedure and the Parties' Settlement Agreement, Plaintiffs Donald Koester, John Chase, Earnest Lee, Charles McCaleb a/k/a Charles Smith, and Fred Colby ("Plaintiffs") respectfully move the Court in the above-captioned action for an Order granting Plaintiffs' Motion for Service Awards and Awards of Attorneys' Fees, Costs and Expenses to Class Counsel.

This Motion is based upon the Parties' Settlement Agreement and supporting documents, and the entire files and proceedings herein.

Dated:  August 27, 2020	Respectfully submitted,

By: *s/ J. Brandon McWherter*
J. BRANDON McWHERTER - #21600
MCWHERTER SCOTT & BOBBITT, PLC
341 Cool Springs Blvd, Suite 230
Franklin, TN  37067
(615) 354-1144
brandon@msb.law

ERIK D. PETERSON (admitted *pro hac vice*)
MEHR, FAIRBANKS & PETERSON
 TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
(859) 225-3731
edp@austinmehr.com

T. JOSEPH SNODGRASS (admitted *pro hac vice*)
LARSON • KING, LLP
30 East Seventh St., Suite 2800
St. Paul, MN  55101
(651) 312-6500
jsnodgrass@larsonking.com

*Class Counsel*

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that a true and exact copy of the foregoing was filed electronically and that notice of this filing will be sent electronically via the Court's electronic filing system on this the 26th day of August, 2020 to all counsel of record:

George ("Buck") Lewis
Nicole D. Berkowitz
Baker Donelson
First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Mark A. Johnson
Rodger Eckelberry
Marissa A. Peirsol
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215

                 */s/ J. Brandon McWherter*

1981178