# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| Donald Koester, *et al.*, | ) | |
| | ) | No. 2:19-cv-02283-SHL |
| Plaintiffs, | ) | |
| | ) | Judge Lipman |
| v. | ) | |
| | ) | Magistrate Judge York |
| USAA General Indemnity Company, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Fred Juhnke Colby, | ) | |
| | ) | No. 2:19-cv-2736-SHL-jay |
| Plaintiff, | ) | |
| | ) | Judge Lipman |
| v. | ) | |
| | ) | Magistrate Judge York |
| USAA Casualty Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1) filed May 1, 2019, as consolidated with Case No. 19-2736 on April 1, 2020 (ECF 57; Case No. 19-2736, ECF No. 29), and the Parties having entered into a settlement agreement, as evidenced by Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 64; Case No. 19-2736, ECF No. 35) and Defendants' Separate Memorandum in Support of Final Approval of Proposed Class Settlement (ECF No. 67; Case No. 19-2736, ECF No. 38),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order and Final Judgment Granting Final Approval to Koester Class Action and Colby Action Settlement, and Plaintiffs' Motions for Service Awards and Awards of Attorneys' Fees, Costs and Expenses to Class Counsel (ECF No. 69; Case No. 19-2736, ECF No. 40), judgment is entered, and this matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

September 21, 2020
Date